IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN A. DAVIS and <br> FREDRICKA K. BECKFORD, <br> <br>    Plaintiffs, <br> <br> vs. <br> <br> THE GEO GROUP, INC.; <br> GEORGE C. WIGEN, FORMER WARDEN, <br> MOSHANNON VALLEY CORRECTIONAL <br> CENTER; DONNA MELLENDICK, FORMER <br> ADMINISTRATOR, BUREAU OF PRISONS <br> PRIVATIZATION MANAGEMENT BRANCH; and, <br> DAVID O'NEIL, ASSISTANT FIELD DIRECTOR, <br> DEPARTMENT OF HOMELAND SECURITY, <br> <br>    Defendants. | CIVIL ACTION <br> <br> Case No. 3:16-cv-0026 |

## NOTICE OF INTENTION TO STAND ON SECOND AMENDED COMPLAINT & AMENDED NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Brian A. Davis and Fredricka K. Beckford intend to stand on their Second Amended Complaint, (ECF No. 62), which Plaintiffs respectfully submit was sufficient, as filed, to state a claim upon which relief can be granted as to each count.

Plaintiffs hereby clearly and unequivocally state their intention to decline amendment and immediately appeal the Court's Opinion and Order entered October 25, 2021 (ECF No. 106). *See Oakwood Laboratories LLC v. Thanoo*, 999 F.3d 892, 903, n. 9 (3d Cir. 2021). Plaintiffs hereby amend their Notice of Appeal filed on November 19, 2021, (ECF No. 107), to include this statement of clear and unequivocal intention to stand on the Second Amended Complaint.

Dated: November 22, 2021                          Respectfully submitted,

                                                                                     /s/ Danielle Bruno McDermott

| | |
|---|---|
| Stephen A. Fogdall (Pa. ID 87444) <br> Schnader Harrison Segal & Lewis LLP <br> 1600 Market Street, Suite 3600 <br> Philadelphia, PA 19103 <br> (215) 751-2581 <br> sfogdall@schnader.com | Danielle Bruno McDermott (Pa. ID 324539) <br> Schnader Harrison Segal & Lewis LLP <br> Fifth Avenue Place, Suite 2700 <br> Pittsburgh, PA 15222 <br> (412) 577-5221 <br> dbrunomcdermott@schnader.com |

## CERTIFICATE OF SERVICE

I hereby certified that on this 22nd day of November, 2021, I caused a true and correct copy of the foregoing **NOTICE OF INTENTION TO STAND ON SECOND AMENDED COMPLAINT & AMENDED NOTICE OF APPEAL** to be served on all through their attorneys of record via the Case Management/Electronic Case Files (CM/ECF) system.

/s/ Danielle Bruno McDermott
Danielle Bruno McDermott (Pa. ID 324539)